UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD HELMORE,

                              Plaintiff,

         -v-

LARRY BROWN,

                             Defendant.

22 cv 5427 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      Due to an unavoidable conflict, the Court respectfully reschedules the initial pretrial conference in this case originally scheduled for Thursday, September 8 at 9:30 a.m. to Friday, September 23 at 11 a.m. This conference will be held telephonically. The parties should call into the Court's dedicated conference line at (888) 363-4749, and enter Access Code 468-4906, followed by the pound(#) key. The Court directs the parties to the order that first scheduled the initial pretrial conference, Dkt. 8, for information regarding the required submissions and notices of appearance.

      SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: September 7, 2022
       New York, New York