UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EDWARD HELMORE,

                        Plaintiff,

       -v-

LARRY N. BROWN,

                      Defendant.

22 Civ. 5427 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 7, 2022, the Court rescheduled an initial pretrial conference in this matter for September 23, 2022, at 11 a.m. The September 23, 2022 conference is adjourned. The Court will notify the parties of a new date for the initial conference shortly.

SO ORDERED.

                                                *Paul A. Engelmayer*
                                              Paul A. Engelmayer
                                              United States District Judge

Dated: September 19, 2022
         New York, New York