UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDWARD HELMORE,<br><br>                     Plaintiff,<br><br>          -against-<br><br>LARRY N. BROWN,<br><br>                     Defendant. | 1:22-cv-05427 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On September 20, 2022, the Court ordered the parties to file a joint letter within two weeks. ECF No. 13. The deadline for that filing has now passed and no letter has been filed.

Accordingly, the parties shall file such letter promptly but at least by **October 24, 2022**.

Dated: October 19, 2022
       New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge