UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWARD HELMORE,

                Plaintiff,

      -against-

LARRY N. BROWN,

            Defendant.

1:22-cv-05427 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On October 21, 2022, the Court scheduled an initial pretrial conference in this case for November 22, 2022 at 11:30 a.m.  ECF No. 17.  The Court further ordered the parties to file on ECF a joint letter and proposed Civil Case Management Plan and Scheduling Order "no later than **seven calendar days before the conference date**."  *Id*.  The parties have not done so.  IT IS HEREBY ORDERED that the parties shall comply with the October 21, 2022 Order and file the requisite submissions promptly and no later than **November 18, 2022**.

The parties similarly failed to timely comply with the Court's September 20, 2022 Order, filing the requisite response over two weeks late.  The Court expects that the parties will comply with all Court orders and deadlines moving forward.

Dated: November 17, 2022
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge